# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KATHY R EDWARDS,

          Plaintiff,

      vs.

PORSCHE CARS NORTH
AMERICA, INC.; and DOES 1 through
10, inclusive,

          Defendant.

Case No. 2:24-cv-08538-MRA-PVC

Hon. Monica Ramirez Almadani

**ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KATHY R EDWARDS ("Plaintiff") and Defendant PORSCHE CARS NORTH AMERICA, INC. have agreed PORSCHE CARS NORTH AMERICA, INC. will pay $12,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $12,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by September 3, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: July 8, 2025

_____
Hon. Monica Ramirez Almadani
District Court Judge

1

**ORDER**